```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                        CASE NO. 08 B 16438
   QUEEN E CARTER
                                              CHAPTER 13

                                              JUDGE: JACK B SCHMETTERER

         Debtor
   SSN XXX-XX-6218


------------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     The case was filed on 06/26/2008 and was not confirmed.

     The case was dismissed without confirmation 08/27/2008.
------------------------------------------------------------------------------
CREDITOR NAME             CLASS             CLAIM AMOUNT     INTEREST       PRINCIPAL
                                                              PAID           PAID
------------------------------------------------------------------------------

CITI RESIDENTIAL LENDING  CURRENT MORTG          .00            .00            .00
CITI RESIDENTIAL LENDING  MORTGAGE ARRE      2000.00            .00            .00
SANTANDER CONSUMER USA    SECURED NOT I     11873.59            .00            .00
LASALLE BANK              CURRENT MORTG          .00            .00            .00
LASALLE BANK              MORTGAGE ARRE          .00            .00            .00
WILSHIRE MTG              SECURED NOT I    NOT FILED            .00            .00
INTERNAL REVENUE SERVICE  NOTICE ONLY      NOT FILED            .00            .00
CAPITAL ONE               UNSECURED        NOT FILED            .00            .00
CITY OF CHICAGO PARKING   UNSECURED        NOT FILED            .00            .00
CREDIT UNION 1            UNSECURED          1900.68            .00            .00
FIRST PREMIER BANK        UNSECURED        NOT FILED            .00            .00
HSBC BANK                 UNSECURED        NOT FILED            .00            .00
MEDICAL                   UNSECURED        NOT FILED            .00            .00
MEMBERS ADVANTAGE CREDIT  NOTICE ONLY      NOT FILED            .00            .00
PEOPLES GAS LIGHT & COKE  UNSECURED        NOT FILED            .00            .00
TIDEWATER MOTOR CREDIT    UNSECURED          6495.46            .00            .00
SHAKIRA CARTER            NOTICE ONLY      NOT FILED            .00            .00
MIDLAND CREDIT MANAGEMEN  UNSECURED           317.40            .00            .00
TIDEWATER MOTOR CREDIT    SECURED NOT I     4175.00            .00            .00
PHILIP A IGOE             DEBTOR ATTY           .00                            .00
TOM VAUGHN                TRUSTEE                                              .00
DEBTOR REFUND             REFUND                                               .00

     Summary of Receipts and Disbursements:
------------------------------------------------------------------------------
                         RECEIPTS          DISBURSEMENTS
------------------------------------------------------------------------------
TRUSTEE                       .00

PRIORITY                                           .00
SECURED                                            .00
UNSECURED                                          .00
ADMINISTRATIVE                                     .00
TRUSTEE COMPENSATION                               .00
DEBTOR REFUND                                      .00

                PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 08 B 16438 QUEEN E CARTER
```

```
                              ---------------      ---------------
TOTALS                                   .00                  .00
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                   /s/ Tom Vaughn
   Dated: 11/19/08                 _____
                                   TOM VAUGHN
                                   CHAPTER 13 TRUSTEE
```